UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PAGAYA TECHNOLOGIES LTD., PAGAYA
TECHNOLOGIES US, LLC, and PAGAYA
ACQUISITION TRUST VIII,

          Plaintiffs,

   v.

KLARNA, INC., and KLARNA GROUP PLC,

          Defendants.

No. 26-cv- 557-UNA

**ORDER**

This 14th day of May 2026, Plaintiffs PAGAYA TECHNOLOGIES LTD., PAGAYA TECHNOLOGIES US, LLC, and PAGAYA ACQUISITION TRUST VIII, having moved for leave to file the Complaint in this action under seal, and the Court having determined that good grounds exist for the requested relief;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' motion for leave to file under seal is GRANTED. Plaintiffs are FURTHER ORDERED to file a redacted version of the Complaint on the public docket within three days of the date of this order.

/s/ Richard G. Andrews
United States District Judge

1